# United States Court of Appeals
## For the First Circuit

No. 26-1584

IN RE: NATHAN REARDON,

Petitioner - Appellant.

**JUDGMENT**

Entered: September 24, 2026
Pursuant to 1st Cir. R. 27.0(d)

Appellant Nathan Reardon is presently in default for failure to file a brief. The court previously issued notice of default to appellant on August 28, 2026 which warned appellant that failure to file a brief would result in this appeal's dismissal for lack of diligent prosecution. The notice of default extended appellant's deadline to file a brief until September 11, 2026. Appellant has failed to comply and has not requested an extension of time to do so.

Accordingly, it is ordered that the above-captioned appeal be dismissed. See 1st Cir. R. 3.0(b) and 45.0(a).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Nathan Reardon
John G. Osborn
Lindsay Feinberg